

1  BENJAMIN B. WAGNER
   United States Attorney
2  OLUSERE OLOWOYEYE
   Assistant United States Attorney

**FILED**

**JAN 1 4 2015**

3  501 I Street, Suite 10-100
   Sacramento, CA 95814

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900

BY _____
        DEPUTY CLERK

5

6  Attorneys for Plaintiff
   United States of America

7

8                    IN THE UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          CASE NO. 2:14-MJ-00303 DAD

12                    Plaintiff,        STIPULATION AND [PROPOSED] ORDER TO
                                        CONTINUE PRELIMINARY HEARING
13                    v.
                                        DATE: January 20, 2015
14  SIMON LUA,                          TIME: 2:00 p.m.
                                        COURT: Hon. Edmund F. Brennan
15                    Defendant.

16

17                              **STIPULATION**

18       Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19  through defendant's counsel of record, hereby stipulate as follows:

20       1.    By previous order, this matter was set for preliminary hearing on January 20, 2015.

21       2.    By this stipulation, the parties now move to continue the preliminary hearing until

22  February 5, 2015.

23       3.    The parties agree and stipulate, and request that the Court find the following:

24            a)    The government has represented that the discovery associated with this case

25  includes investigative reports and a RAP sheet of the defendant. All of this discovery has been

26  either produced directly to counsel and/or made available for inspection and copying.

27            b)    Counsel for defendant desires additional time for defense counsel to review the

28  discovery with his client, investigate the potential sentencing guideline variables, and discuss

STIPULATION AND [PROPOSED] ORDER TO          1
CONTINUE PRELIMINARY HEARING

1 | potential resolution with his client.

2 |       c)     Daniel Dorfman, counsel for the defense is currently engaged in a homicide trial.

3 |       d)     Both parties are actively investigating the defendant's criminal history and the

4 | potential sentencing applications of that history for potential pre-trial resolution.

5 |       e)     Counsel for defendant believes that failure to grant the above-requested

6 | continuance would deny him/her the reasonable time necessary for effective preparation, taking

7 | into account the exercise of due diligence.

8 |       f)     The government does not object to the continuance.

9 |       g)     Based on the above-stated findings and pursuant to Fed.R.Crim.Pro 5.1(c) and (d),

10 | there is good cause for the requested extension.

11 |       h)     Each party further stipulates that the ends of justice served by granting such a

12 | continuance outweigh the best interest of the public and the defendant in a speedy filing of an

13 | Indictment and also outweighs the public's interest in the prompt disposition of criminal cases.

14 | //

15 | //

16 | //

17 | //

18 | //

19 | //

20 | //

21 | //

22 | //

23 | //

24 | //

25 | //

26 | //

27 | //

28 | //

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE PRELIMINARY HEARING

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3  must commence.

4        IT IS SO STIPULATED.

6
7  Dated: January 14, 2015                 BENJAMIN B. WAGNER
                                           United States Attorney

8
9                                          /s/ OLUSERE OLOWOYEYE
                                           OLUSERE OLOWOYEYE
10                                         Assistant United States Attorney

11
12  Dated: January 14, 2015                /s/ DANIEL DORFMAN
                                           DANIEL DORFMAN
13                                         Counsel for Defendant
                                           SIMON LUA

14

15

16

17              **[PROPOSED] FINDINGS AND ORDER**

18      IT IS SO FOUND AND ORDERED this _14th_ day of _January_, 2015.

19

20      _____
        THE HONORABLE EDMUND F. BRENNAN
        UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO          3
CONTINUE PRELIMINARY HEARING